**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-1085**

EWART ULRIC VANDECRUIZE, a/k/a Ewart Vandercruize,

             Petitioner,

        v.

LORETTA E. LYNCH, Attorney General,

             Respondent.

On Petition for Review of an Order of the Board of Immigration Appeals.

Submitted:  June 30, 2015               Decided:  July 8, 2015

Before MOTZ, KING, and AGEE, Circuit Judges.

Petition denied by unpublished per curiam opinion.

Luis C. Diaz, LAW OFFICES OF JAY S. MARKS, LLC, Silver Spring, Maryland, for Petitioner.  Benjamin C. Mizer, Principal Deputy Assistant Attorney General, Derek C. Julius, Senior Litigation Counsel, Benjamin Mark Moss, Office of Immigration Litigation, UNITED STATES DEPARTMENT OF JUSTICE, Washington, D.C., for Respondent.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Ewart Ulric Vandecruize, a native and citizen of Guyana, petitions for review of an order of the Board of Immigration Appeals ("Board") denying his motion to reopen. We have reviewed the administrative record and Vandecruize's claims and find no abuse of discretion. See INS v. Doherty, 502 U.S. 314, 323-24 (1992) (setting forth standard of review). Accordingly, we deny the petition for review for the reasons stated by the Board. See In re: Vandecruize (B.I.A. Dec. 22, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

PETITION DENIED